# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1465
L.T. Case No. 16-2018-CF-7094-A

_____

TIMOTHY LANE CARVER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Timothy Lane Carver, Jr., Bonifay, pro se.

James Uthmeier, Attorney General, and Anne Conley, Assistant
Attorney General, Tallahassee, for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and WALLIS and HARRIS JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____